UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Judy Jackson, Chad Carter,
Nicholas Polychronis, Pam
Polychronis, J2 Group, a Utah
corporation,

    Plaintiffs,      Civil No. 04-1557 (RHK/AJB)

vs.            **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Navitaire, Inc., a Minnesota
corporation,

    Defendant.


The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.[1]

Dated: November 22, 2005,

            s/Richard H. Kyle
            RICHARD H. KYLE
            United States District Judge

---

[1] Counsel have been advised that the November 28, 2005 summary judgment hearing has been cancelled. Counsel for defendant should contact the Judge to whom this case will be reassigned to obtain a new hearing date. Copies of the Briefs, etc., will be delivered to the new judge assigned to this case.